1

2

3

4

5

6          **IN THE UNITED STATES DISTRICT COURT**

7          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9   UNITED STATES FIRE INSURANCE              CASE NO. CV F 07-07I8 LJO GSA
    COMANY,                                    **(New case number CV F 07-0718 GSA)**
10
                    Plaintiff,
11                                             **ORDER TO FILE MAGISTRATE JUDGE
         vs.                                   CONSENT FORM**
12
    WILLIAMSBURG NATIONAL
13  INSURANCE COMPANY,

14                  Defendant.
                                          /
15

16          The parties' counsel indicated that they consent to the conduct of all further proceedings,

17  including trial, before a United States Magistrate Judge. Accordingly, this Court ORDERS the parties'

18  counsel to obtain a Consent to Exercise of Jurisdiction by a United States Magistrate Judge ("consent

19  form"), which is available from this Court's webpage at

20  http://207.41.18.73/caed/staticOther/page_947.htm.  This Court further ORDERS the parties' counsel,

21  no later than November 14, 2007, to sign and date the consent form and then file the consent form with

22  this Court.

23          If the parties experience problems to obtain a consent form, they are to contact Candice

24  Hutcheson at (559) 499-5632 for assistance.

25          **All further papers shall bear the new case number CV F 07-0718 GSA.**

26          IT IS SO ORDERED.

27  **Dated:    October 31, 2007            /s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE
28

                                            1