# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>WILLIAMSBURG NATIONAL INSURANCE COMPANY,<br><br>　　　　　　Defendant.<br>_____/ | CASE NO. CV F 07-0718 GSA<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE** |

The parties to this action have filed Consents to Jurisdiction of United States Magistrate Judge. Thus, on the basis of good cause, this action is referred to United States Magistrate Judge Gary S. Austin for all further proceedings and entry of judgment in accordance with 28 U.S.C. § 636(c) and F.R.Civ.P. 73(c). All further papers shall bear the new case number **CV F 07-018 GSA**.

IT IS SO ORDERED.

**Dated:   November 13, 2007**　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE