1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES FIRE INSURANCE
    COMPANY,
12
                Plaintiff,
13
        vs.
14
15  WILLIAMSBURG NATIONAL
    INSURANCE COMPANY,
16
                Defendants.
17
18

Case No.  1:07-CV 718 GSA

Complaint Filed:  April 3, 2007

Assigned to Magistrate Judge Gary S. Austin

**ORDER GRANTING CONTINUANCE OF PRETRIAL CONFERENCE AND TRIAL DATE**

Trial Date:        October 13, 2008

19      The Court, having reviewed and considered the August 26, 2008

20  Stipulation by Plaintiff United States Fire Insurance Company ("U.S. Fire") and

21  Defendant Williamsburg National Insurance Company ("Williamsburg") requesting

22  a continuance of the September 3, 2008 pretrial conference and October 13, 2008

23  trial date in this action, and finding good cause for the requested continuance:

24      IT IS ORDERED that the pretrial conference and trial date in this

25  matter are continued to the following dates:

26      • Pretrial conference: September 26, 2008 at 11:00 a.m.

27

28      • Trial:  October 27, 2008 at 8:30 a.m.

603199.1

ORDER GRANTING CONTINUANCE OF PRETRIAL CONFERENCE AND TRIAL DATE

1

2    IT IS SO ORDERED.

3

4    DATED:  August 29, 2008          By:  /s/ Gary S. Austin

5                                          Magistrate Judge Gary S. Austin

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com