IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES FIRE INSURANCE COMPANY, | ) ) ) | 1:07-cv-00718-GSA |
| Plaintiff, | ) ) ) | ORDER REGARDING STIPULATION TO CONTINUE PRETRIAL CONFERENCE AND TRIAL DATE |
| vs. | ) ) ) | (Document 30). |
| WILLIAMSBURG NATIONAL INSURANCE COMPANY, | ) ) ) ) | |
| Defendant. | ) ) | |

Pursuant to the parties stipulation filed on September 15, 2008, the September 26, 2008 pretrial conference and October 27, 2008 trial date in this action are CONTINUED. A further scheduling conference, if warranted after the court issues its ruling on the parties cross-motions for summary judgment, is set for October 27, 2008 at 9:30 a.m. in Courtroom 10 (GSA) before the undersigned.

IT IS SO ORDERED.

**Dated:   September 22, 2008**          **/s/ Gary S. Austin**
                                                                  UNITED STATES MAGISTRATE JUDGE

-1-