1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES FIRE INSURANCE COMPANY,    | Case No. 1:07-CV 718 GSA
12 |
13 |         Plaintiff,
   |
14 |     vs.                                   | **ORDER RE: DISMISSAL OF SUIT WITH PREJUDICE**
15 | WILLIAMSBURG NATIONAL INSURANCE COMPANY,
16 |
17 |         Defendants.

644348.1

[PROPOSED] ORDER RE: DISMISSAL OF SUIT WITH PREJUDICE

1  The Court, having reviewed and considered the July 8, 2009 Stipulation
2  by Plaintiff United States Fire Insurance Company ("U.S. Fire") and Defendant
3  Williamsburg National Insurance Company ("Williamsburg") requesting dismissal
4  of this suit with prejudice, and finding good cause therefore:

5  **IT IS ORDERED** that this suit be dismissed with prejudice pursuant to
6  Federal Rule of Civil Procedure 41(a)(1)(ii).  Pursuant to the terms of settlement and
7  the stipulation of the parties, the Court will retain jurisdiction over this suit and the
8  parties for the limited purpose of enforcing the terms of the settlement agreement
9  between the parties.  The Clerk of the Court is directed to close the case.

11 **IT IS SO ORDERED.**

13 **DATED: July 9, 2009**          **By:  /s/ Gary S. Austin**
14                                        **Magistrate Judge Gary S. Austin**

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

644348.1

[PROPOSED] ORDER RE: DISMISSAL OF SUIT WITH PREJUDICE